UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JUAN ULISES CAMACHO,<br><br>            Defendant. | CASE NO.:  Case No. 22cr168-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

Based on the joint motion to continue, and for good cause shown, IT IS HEREBY FOUND AND ORDERED THAT the Motion Hearing/Trial Setting be continued from April 8, 2022 to May 27, 2022 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:  April 6, 2022

Hon. Janis L. Sammartino
United States District Judge